UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:18-CR-25-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL EDWARD WATSON, | |
| Defendant, | |

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF No. 34) on February 11, 2019. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that defendant shall make restitution to the following payee(s) listed below:

Name of Payee:        Marsh Law Firm PLLC (address to be provided under seal)
Amount of Restitution:   $5,000.00

Name of Payee:        "Tara" Series (address to be provided under seal)
Restitution:          $5,000.00.

Dated this __14th__ day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE