UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>MICHAEL EDWARD WATSON,<br><br>              Defendant.<br><br>DINA WATSON,<br><br>              Third-party claimant. | Case No. 3:18-cr-025-MMD-CBC<br><br>ORDER GRANTING MOTION TO DISMISS THIRD-PARTY CLAIM (#38) |

The Court having considered the unopposed motion (#39) of the United States to dismiss the third-party claim (#38) filed by Dina Watson and good cause appearing therefor:

IT IS HEREBY ORDERED that the United States' motion is granted and the third-party claim filed by Dina Watson is hereby dismissed.

Dated: June 25, 2019

_____
UNITED STATES DISTRICT JUDGE

1